UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-cr-00174-LRH (PAL) |
| Plaintiff, | ORDER RE SURRENDER DATE |
| vs. | |
| ROBERT ABERNATHY, | |
| Defendant. | |

Defendant ROBERT ABERNATHY was sentenced on January 8, 2007, and ordered to self surrender on Tuesday, January 16, 2007. Defendant ABERNATHY is a quadraplegic with specific medical needs that cannot be adequately addressed at the Las Vegas Jail while Defendant awaits placement in a designated facility. The U.S. Marshal Service has requested the Bureau of Prisons to expedite placement of Defendant ABERNATHY and it is anticipated that a proper designation facility for Defendant ABERNATHY will be selected within three (3) weeks. Good cause appearing,

IT IS ORDERED that Defendant ABERNATHY shall surrender on Friday, February 9, 2007, directly to the designated facility, when said facility is known.

IT IS SO ORDERED.

DATED this 16th day of January, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE