UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT ABERNATHY,<br><br>                Defendant. | 2:05-cr-00174-LRH (PAL)<br><br>ORDER |

WHEREAS, the court has been advised by the United States Marshals Service that Defendant ROBERT ABERNATHY, a defendant who suffers from quadriplegia, is to commence the service of his prison sentence at the Federal Correctional Institute in Fort Worth, Texas, that Defendant ABERNATHY can travel on an airplane but will require assistance for transportation from the airport to the Bureau of Prisons facility, and good cause appearing,

IT IS HEREBY ORDERED that the United States Marshals Service pay the transportation for Defendant ABERNATHY to the Fort Worth, Texas Federal Correctional Institute and that such transportation costs include costs for the Defendant as well as appropriate per diem expense for a caretaker to accompany Defendant.

IT IS SO ORDERED.

DATED this 5th day of February, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE